**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALMOND et al., <br><br>        Movants, <br><br> v. <br><br> GOOGLE, LLC, <br><br>        Respondent. | Case No. 1:26-mc-00029-JLR <br><br> **NOTICE OF MOTION AND MOTION FOR ADMISSION *PRO HAC VICE* OF MAURA L. REES** |

-2-

Pursuant to Local Civil Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Maura L. Rees hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Respondent Google, LLC in the above-captioned action.

I am in good standing with the State Bar of California, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Civil Rule 1.3.

Dated: January 28, 2026                    Respectfully submitted,

                                           WILSON SONSINI GOODRICH & ROSATI
                                           Professional Corporation

                                           */s/ Maura L. Rees*
                                           Maura L. Rees
                                           Wilson Sonsini Goodrich & Rosati, P.C.
                                           650 Page Mill Road
                                           Palo Alto, CA 94304-1050
                                           Telephone: (650) 493-9300
                                           Facsimile: (866) 974-7329
                                           Email: mrees@wsgr.com

                                           *Counsel for Respondent Google, LLC*