UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALMOND et al., <br><br> Movants, <br><br> v. <br><br> GOOGLE, LLC, <br><br> Respondent. | Case No. 1:26-mc-00029-JLR <br><br> **AFFIDAVIT OF MAURA L. REES IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* OF MAURA L. REES** |

Maura L. Rees hereby states:

1. I am an attorney with the law firm of Wilson Sonsini Goodrich & Rosati, P.C.

2. I submit this affidavit in support of my motion for admission to practice *Pro Hac Vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing with the State Bar of California.

4. I have never been convicted of a felony.

5. There are no pending disciplinary proceedings against me in any state or federal court.

6. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

7. My contact information is as follows:

   Maura L. Rees
   Wilson Sonsini Goodrich & Rosati, P.C.
   650 Page Mill Road
   Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
   Facsimile: (866) 974-7329
   Email: mrees@wsgr.com

8. Wherefore your affiant respectfully submits that she be permitted to appear as counsel and advocate *Pro Hac Vice* in this one case on behalf of Respondent Google, LLC.

-1-

-2-

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of January 2026.

_____
Maura L. Rees

State of California

County of Santa Clara

Signed and sworn to (or affirmed) before me on January 28 , 2026 by Maura L. Rees.

_____
(Signature of notary public)

CHRISTINE MARIE RICKS
Notary Public - California
Santa Clara County
Commission # 2512612
My Comm. Expires Mar 4, 2029

Notary Public
My commission expires: __March 4, 2029__

-2-