**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ALMOND et al., | Case No. 1:26-mc-00029-JLR |
| Movants, | |
| v. | **[PROPOSED] ORDER FOR ADMISSION _PRO HAC VICE_ OF MAURA L. REES** |
| GOOGLE, LLC, | |
| Respondent. | |

The motion of Maura L. Rees for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing with the bar of the state of California; and that her contact information is as follows:

Maura L. Rees
Wilson Sonsini Goodrich & Rosati, P.C.
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (866) 974-7329
Email: mrees@wsgr.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Respondent Google, LLC, in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____, 2026        _____
                                        The Honorable Jennifer L. Rochon
                                        UNITED STATES DISTRICT JUDGE