UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVE ALMOND, SARAH ANDERSEN,
BURL BARER, CONNIE MCLENNAN,
JILL LEOVY, JESSICA FINK, HOPE
LARSON, and JINGNA ZHANG,

                    Plaintiffs,

       -against-

GOOGLE LLC,

                    Defendant.

Case No. 1:26-mc-00029 (JLR)

**<u>ORDER</u>**

JENNIFER L. ROCHON, United States District Judge:

For the reasons stated on the record at the hearing held on February 10, 2026, the

Court denies Plaintiffs' motion to quash or, in the alternative, to transfer, as well as their

related motion for fees.  Dkt. 2.

The Clerk of Court is respectfully directed to terminate all pending motions and close the

case.

Dated: February 10, 2026
      New York, New York

                              SO ORDERED.

                              _____
                              JENNIFER L. ROCHON
                              United States District Judge